

# FILED

NOT FOR PUBLICATION

FEB 16 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SANTA PAULA ELEMENTARY SCHOOL DISTRICT, a California Public School District; ANTHONY PEREZ, an individual; DAN ROBLES, an individual; RICK CADMAN, an individual; MICHELLE KOLBECK, an individual; GARY MARSHALL, an individual, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> VENTURA COUNTY SCHOOLS SELF-FUDING AUTHORITY, a California Joint Powers Agency, <br><br> Defendant - Appellee. | No. 09-56834 <br><br> D.C. No. 2:09-cv-06263-GAF-VBK <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the Central District of California
Gary A. Feess, District Judge, Presiding

Submitted February 14, 2011[**]
Pasadena, California

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before: KLEINFELD, LUCERO,[***] and GRABER, Circuit Judges.

Santa Paula Elementary School District does not have standing to sue Ventura County Schools Self-Funding Authority for violations of the Fourteenth Amendment. See City of S. Lake Tahoe v. Cal. Tahoe Reg'l Planning Agency, 625 F.2d 231, 233–34 (9th Cir. 1980).

The Trustees of the Santa Paula Elementary School District similarly lack standing to sue for violations of the Fourteenth Amendment because their claims of injury are "official," not "personal," in nature. See id. at 235–36.

AFFIRMED.

---

[***] The Honorable Carlos F. Lucero, United States Circuit Judge for the Tenth Circuit, sitting by designation.